UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elements Behavioral Health, Inc. et al., <br><br> Plaintiffs, <br><br> v. <br><br> Marcus et al., <br><br> Defendants. | Case No. 15-MC-80121-DMR <br><br> **ORDER SETTING HEARING DATE ON ELEMENTS' MOTION TO COMPEL DISCOVERY** <br><br> Re: Dkt. No. 1 |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff and Defendants are engaged in a litigation in the Central District of California. Plaintiff has filed a motion to compel non-party Twitter to respond to discovery. [Docket No. 1.] Both Twitter and Defendants have been served with the motion. [Docket No. 4.]  Any opposition to the motion by Twitter or Defendants shall be filed by no later than **May 5, 2015**.  Any reply by Plaintiff shall be filed by no later than **May 12, 2015**. The parties' and non-party's submissions shall conform to Civil Local Rule 7.

You are hereby notified that the hearing on the motion is set for **June 11, 2015 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

Immediately upon receipt of this order, Plaintiff shall serve a copy of this order on Twitter and Defendants.

**IT IS SO ORDERED**.

Dated: April 22, 2015

_____
DONNA M. RYU
United States Magistrate Judge