UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS BEHAVIORAL HEALTH, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICHAEL MARCUS,<br><br>   Defendant. | Case No.  15-mc-80121-DMR<br><br>**ORDER FOR LETTER FROM COUNSEL FOR DEFENDANT MICHAEL MARCUS** |

Before the court is Plaintiffs' motion to compel non-party Twitter to produce discovery responsive to a subpoena requesting identifying information about certain Twitter accounts held by anonymous users. *See* Docket No. 1.  Attached to Plaintiffs' motion is a declaration by counsel for Defendant Michael Marcus, David Livingston, stating that he had provided authorization to Twitter on behalf of Marcus to disclose the requested information for eighteen Twitter accounts (i.e., the first eighteen accounts in the table below).  *See* Livingston Decl. [Docket No. 2] at ¶ 5. However, according to Twitter's counsel, Mr. Livingston communicated that Mr. Marcus did not object to Twitter disclosing information in response to Plaintiffs' subpoena, and that Mr. Marcus "admitted responsibility for some of the Twitter accounts," but "did not identify which accounts belonged to Defendant Marcus and which did not."  Lassen Decl. [Docket No. 7-1] at ¶¶ 12-13.

Accordingly, it is unclear from the record before the court whether Mr. Marcus owns any of the accounts about which Plaintiffs seek information.  By **June 10, 2015 at 12:00 p.m.,** Mr. Marcus shall file a letter of no more than two pages indicating (1) whether he owns any of the 22 accounts identified in Plaintiffs' pleadings and motion papers, and if so, for which of these accounts he authorizes Twitter to provide information to Plaintiffs, or (2) that he declines to admit ownership of any of the identified Twitter accounts at this time.  The accounts are listed below:

| # | Twitter Account |
|---|---|
| 1 | @nancistockwell |
| 2 | @nancystockwel |
| 3 | @nanceystockwell |
| 4 | @nanceistockwell |
| 5 | @nanceestockwell |
| 6 | @nanciestockwel |
| 7 | @StockwellNancie |
| 8 | @StockwellNanci1 |
| 9 | @StockwellNanci |
| 10 | @StockwellNancy |
| 11 | @nancestockwell |
| 12 | @nanncistockwell |
| 13 | @nanciistockwell |
| 14 | @TheresaCarlisl |
| 15 | @LaurelShires |
| 16 | @RehabPolice |
| 17 | @RehabWatch |
| 18 | @RehabKNine |
| 19 | @RaymondFinkles |
| 20 | @AuntsJemimas |
| 21 | @msjangoshotbox |
| 22 | @nancistockwel |

Immediately upon receipt of this order, Plaintiffs shall serve a copy via email and regular mail on Marcus via his attorney.

**IT IS SO ORDERED.**

Dated: June 8, 2015

_____

Donna M. Ryu
United States Magistrate Judge