DAVID M. LIVINGSTON, ESQ.
LIVINGSTON · BAKHTIAR
3435 Wilshire Boulevard, Suite 770
Los Angeles, California 90010
Telephone: 213-632-1550
Facsimile: 213-632-3100

Attorney for Defendant,
Michael Marcus

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS BEHAVIORAL HEALTH INC., WESTSIDE SOBER LIVING CENTERS, INC. AND NANCI E. STOCKWELL,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MARCUS, and JOHN DOES 1 through 10,<br><br>Defendants. | Civil Case No.  15-mc-80121-DMR<br><br>**DEFENDANT MICHAEL MARCUS' LETTER TO THE HONORABLE DONNA M. RYU**<br><br>Action filed: November 12, 2014 |

Defendant Michael Marcus, by and through his undersigned attorney of record in this action, hereby submits a letter pursuant to the Courts order of June 8, 2015 regarding Plaintiff's motion to Compel discovery from non-party Twitter.

Mr. Marcus does not "own" any of the 22 Twitter account listed by the Court or the 2 additional accounts provided by the Plaintiff and listed here as 23 @JangosHotPocket and 24, @laurelshmekle. None of the accounts are still active except for Numbers 18 @RehabKNine and 19, @RaymondFinkles. Defendant does not have current access to any of these accounts. Defendant created but does not own any of these accounts and he does authorize Twitter to provide any and all information sought by Plaintiff's regarding these accounts to Plaintiffs,

Livingston · Bakhtiar
3435 Wilshire Boulevard, Suite 770
Los Angeles, California 90010
(213) 632-1550

Defendant's Letter to USMJ Donna M. Ryu

Page 1

including numbers 23 @JangosHotPocket and 24, @laurelshmekle. He would also request that Twitter immediately take down and remove the 2 active accounts, 18. @RehabKNine and 19, @RaymondFinkles. The accounts are listed below:

1. @nancistockwell
2. @nancystockwel
3. @nanceystockwell
4. @nanceistockwell
5. @nanceestockwell
6. @RehabPolice
7. @RehabWatch
8. @nanciestockwel
9. @StockwellNancie
10. @StockwellNanci1
11. @StockwellNanci
12. @StockwellNancy
13. @nancestockwell
14. @nanncistockwell
15. @LaurelShires
16. @nanciistockwell
17. @TheresaCarlisl
18. @RehabKNine
19. @RaymondFinkles
20. @AuntsJemimas
21. @MsJangosHotBox
22. @nancistockwel
23. @JangosHotPocket
24. @laurelshmekle

Dated: June 10, 2015

Respectfully Submitted,

By: /s/ David M. Livingston

David M. Livingston, Attorney for Defendant Michael Marcus

Livingston · Bakhtiar
1435 Wilshire Boulevard, Suite 770
Los Angeles, California 90010
(213) 632-1550

Defendant's Letter to USMJ Donna M. Ryu — Page 2