UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS BEHAVIORAL HEALTH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MARCUS, <br><br> Defendant. | Case No. 15-mc-80121-DMR <br><br> **ORDER FOR IMMEDIATE MEET AND CONFER** |

Before the court is Plaintiffs' motion to compel non-party Twitter to produce discovery responsive to a subpoena requesting identifying information about certain Twitter accounts held by anonymous users. *See* Docket No. 1. Twitter apparently would not object to the production of the requested discovery if the owners of the accounts "confirm[ed] account ownership and lawful consent," but because the accountholders have not done so, Twitter refuses to produce the requested discovery. *See* Opposition [Docket No. 7] at 10. Twitter proposed a process by which to confirm the consent of the accountholders, i.e., the accountholder "should log into the email account that received notice and reply to [Twitter's notice of receipt of legal process] that he consents to Twitter disclosing non-consent basic subscriber information in response to the subpoena." Lassen Decl. Ex. I.

Defendant Michael Marcus, through his counsel, has admitted that he created the 22 Twitter accounts identified in Plaintiffs' pleadings, subpoenas, and motion papers (as well as two accounts previously unknown to the court), and has authorized Twitter to "provide any and all information sought by Plaintiffs' regarding these accounts to Plaintiffs." Docket No. 13.

Counsel for Plaintiffs, Defendant Marcus, and Twitter shall immediately meet and confer regarding whether Mr. Marcus's letter resolves the motion to compel. By **June 10, 2015 at 10:00 p.m.,** the parties and Twitter shall file a one-page joint letter either informing the court that the

1  motion has been resolved, or describing the basis for any remaining dispute.  The hearing on the
2  motion to compel will remain as scheduled for June 11, 2015 at 11:00 a.m. unless the court orders
3  otherwise after reviewing the parties' joint submission.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_____
Donna M. Ryu
United States Magistrate Judge