James G. Snell, State Bar No. 173070
JSnell@perkinscoie.com
Daniel Lassen, State Bar No. 271446
DanLassen@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Non-Party
Twitter, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Elements Behavioral Health, Inc. et al., <br><br>               Plaintiffs, <br><br>   v. <br><br>Marcus et al., <br><br>               Defendants. | Case No. 15-MC-80121-DMR <br><br>**THE PARTIES AND NON-PARTY TWITTER, INC.'S JOINT LETTER IN RESPONSE TO THE COURT'S ORDER FOR IMMEDIATE MEET AND CONFER** <br><br>Date:    June 11, 2015 <br>Time:   11:00 a.m. <br>Dept:    4 <br>Judge:  Hon. Donna M. Ryu |

      The Court ordered the parties in the above-captioned case and non-party Twitter, Inc. to immediately meet and confer regarding Defendant Marcus' June 10, 2015 letter to the Court, and file a joint letter by June 10, 2015 at 10:00 p.m. informing the Court whether Plaintiffs' motion to compel had been resolved or providing the basis of any remaining dispute.

      The parties and Twitter have met and conferred as ordered by the Court. Although Twitter and Plaintiffs discussed a potential resolution, they were not able to reach agreement this evening. Specifically, attorneys for Plaintiffs were not able to reach their clients tonight to discuss the possible resolution, but anticipate speaking with their clients soon. The parties and Twitter therefore request that the hearing be continued seven days, or to a date more convenient

-1-

for the Court, to accommodate that discussion and allow for the possibility of a resolution without further burdening the Court.

DATED:  June 10, 2015

**PERKINS COIE LLP**

By: /s/ Daniel E. Lassen
     Daniel E. Lassen

Attorneys for Non-Party
Twitter, Inc.

DATED:  June 10, 2015

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Francis Torrence
     Francis Torrence

Attorneys for Plaintiffs
Elements Behavioral Health, Inc.; Westside Sober Living Centers, Inc.; and Nancy E. Stockwell

DATED:  June 10, 2015

**LIVINGSTON BAKHTIAR**

By: /s/ David M. Livingston
     David M. Livingston

Attorneys for Defendant Michael Marcus

    I hereby attest that concurrence in the filing of the Parties and Non-Party Twitter, Inc.'s Joint Letter in Response to the Court's Order for Immediate Meet and Confer has been obtained from each of the other Signatories.

-2-
THE PARTIES AND NON-PARTY TWITTER, INC.'S JOINT LETTER IN RESPONSE TO THE COURT'S ORDER FOR IMMEDIATE MEET AND CONFER
Case No. 15-MC-80121-DMR

DATED:  June 10, 2015

**PERKINS COIE LLP**

By: /s/ Daniel E. Lassen
    Daniel E. Lassen

Attorneys for Non-Party
Twitter, Inc.