1  IAN A. STEWART, ESQ. (SBN: 250689)
   Ian.Stewart@wilsonelser.com
2  GREGORY K. LEE, ESQ. (SBN: 220354)
   Gregory.Lee@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
       **EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071-2407
5  Telephone:  (213) 443-5100
   Facsimile:   (213) 443-5101
6
   FRANCIS TORRENCE (SBN 154653)
7  Francis.Torrence@wilsonelser.com
   **WILSON, ELSER, MOSKOWITZ,**
8      **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
9  San Francisco, CA 94105-2725
   Telephone:  (415) 433-0990
10 Facsimile:   (415) 434-1370

11

12 Attorneys for Plaintiffs,
   ELEMENTS BEHAVIORAL HEALTH, INC., WESTSIDE
   SOBER LIVING CENTERS, INC. and NANCI E.
13 STOCKWELL

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA**

16 **OAKLAND DIVISION**

| | |
|---|---|
| Elements Behavioral Health, Inc. et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>Marcus et al.,<br><br>　　　　　　　Defendants. | Case No. 15-MC-80121-DMR<br><br>**PLAINTIFFS' LETTER RE: RESOLUTION OF THE MOTION TO COMPEL DISCOVERY FROM NON-PARTY TWITTER, INC.**<br><br>Date:　　June 18, 2015<br>Time:　　11:00 a.m.<br>Dept:　　4<br>Judge:　　Hon. Donna M. Ryu |

-1-
PLAINTIFFS' LETTER RE: RESOLUTION OF THE MOTION TO COMPEL DISCOVERY FROM NON-PARTY TWITTER, INC.
Case No. 15-MC-80121-DMR

6829598v.1

Plaintiffs Elements Behavioral Health, Inc. ("Elements"), Westside Sober Living Centers, Inc. d/b/a Promises Treatment Centers ("Promises") and Nanci Stockwell ("Stockwell") (collectively, "Plaintiffs") submit this letter to inform the Court that the parties have resolved this dispute. The parties do not need to have a hearing on the Motion to Compel Discovery from Twitter. The parties appreciate the Court's assistance and patience in this matter.

DATED: June 17, 2015

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/Francis Torrence
Francis Torrence

Attorneys for Plaintiffs
Elements Behavioral Health, Inc.; Westside Sober Living Centers, Inc.; and Nancy E. Stockwell

-2-
PLAINTIFFS' LETTER RE: RESOLUTION OF THE MOTION TO COMPEL DISCOVERY FROM NON-PARTY TWITTER, INC.
Case No. 15-MC-80121-DMR

6829598v.1