UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS BEHAVIORAL HEALTH, INC., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>MICHAEL MARCUS,<br><br>             Defendant. | Case No.  15-mc-80121-DMR<br><br>**ORDER DISMISSING CASE** |

   In this miscellaneous matter, Plaintiffs bring a motion to compel non-party Twitter to produce information responsive to a subpoena.  The parties have resolved the dispute without court intervention.  Accordingly, the court vacates all hearings and closes the case.

   **IT IS SO ORDERED.**

Dated: June 18, 2015

Donna M. Ryu
United States Magistrate Judge